UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR424-037

| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | False Statement During |
| RAQUAN WILLIAMS | ) | Purchase of a Firearm |
| | ) | |
| | ) | 18 U.S.C. § 922(n) |
| | ) | Illegal Receipt of a Firearm by a |
| | ) | Person Under Indictment |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about June 6, 2023, in Chatham County, within the Southern District of Georgia, the Defendant,

**RAQUAN WILLIAMS,**

in connection with the attempted acquisition of a firearm, to wit: a Husan Kanya, Model MKA 1919 Match, 12 gauge shotgun, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the

said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented, on a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not under indictment for a crime punishable by more than a year imprisonment.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO
*Illegal Receipt of a Firearm by a Person Under Indictment*
18 U.S.C. § 922(n)

On or about August 9, 2023, in Chatham County, within the Southern District of Georgia, the Defendant,

**RAQUAN WILLIAMS,**

did willfully receive a firearm, that is, a Taurus, model G2C, .40 caliber S+W caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(n).

*{Signature on the Following Page}*

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
L. Alexander Hamner
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division